# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INVERNESS MEDICAL SWITZERLAND GmbH, UNIPATH DIAGNOSTICS, INC., and CHURCH & DWIGHT CO., INC.<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ACON LABORATORIES, INC.<br>　　　　Defendant. | Civil Action No. 03-11323 PBS |

**PLAINTIFFS' PRELIMINARY EXHIBIT LIST**

Pursuant to the Court's September 8, 2005 Order, Plaintiffs Inverness Medical Switzerland GmbH, Unipath Diagnostics, Inc. and Church & Dwight Co., Inc. ("Plaintiffs"), hereby submit their Preliminary List of Exhibits for the trial (jury and bench) currently scheduled for November 7, 2005.  Plaintiffs' preliminary exhibit list is based on the understanding that the three issues to be tried during the November 7, 2005 trial are Acon's defense alleging (i) inequitable conduct based on best mode violation with respect to the two-step claims, (ii) inequitable conduct based on the alleged submission of a false inventors' oath, and (iii) enablement (a jury issue).   On all of these issues, Acon has the burden of proof by clear and convincing evidence.

Plaintiffs submit their exhibit list as a preliminary submission, and reserve their right to supplement and amend the list in light of any further order regarding the scope of the trial or in

light of any information submitted by Acon. We further reserve the right to offer as evidence additional documents as needed for cross-examination, impeachment or rebuttal.[1]

Plaintiffs reserve their right to supplement and amend the list in light of any further order regarding the scope of the trial or in light of any information submitted by Acon. Plaintiffs further reserve the right to offer as evidence additional documents as needed for cross-examination, impeachment or rebuttal.

Finally, Plaintiffs reserve the right to introduce any exhibit appearing on Acon's exhibit list. Plaintiffs further state that they include certain exhibits without waiver or limitation of their right to object to any exhibit, on grounds of authenticity, competency, relevancy, materiality, privilege, admissibility as evidence for any purpose, or any other ground

| TRIAL EX. NO. | DATE | DESCRIPTION | BATES BEGIN | BATES END | DEPOSITION EXHIBIT NO. DEF. EX. NO. |
|---|---|---|---|---|---|
| 1 | 11/26/02 | United States Patent No. 6,485,982 B1 (Charlton) | A 00048216 | A 00048227 | |
| 2 | | Verbanic (Mazzeo) Laboratory Notebook No. 1608 | A 00026144 | A 00026270 | |
| 3 | | Photograph of Verbanic (Mazzeo) Notebook No. 1608 Cover | | | |
| 4 | | Photograph of Verbanic (Mazzeo) Notebook No. 1608 (page 14) | | | |
| 5 | | Photograph of Verbanic (Mazzeo) Notebook No. 1608 (page 15) | | | |
| 6 | | Photograph of Verbanic (Mazzeo) Notebook No. 1608 (page 21) | | | |
| 7 | | Photograph of Verbanic (Mazzeo) Notebook No. 1608 (page 24) | | | |
| 8 | | Photograph of Verbanic (Mazzeo) Notebook No. 1608 (page 25) | | | |
| 9 | | Photograph of Verbanic (Mazzeo) Notebook No. 1608 (page 33) (1 of 9) | | | |
| 10 | | Photograph of Verbanic (Mazzeo) Notebook No. 1608 (page 33) (2 of 9) | | | |

---

[1] A "*" symbol at the end of the "Description" indicates those exhibits which Plaintiffs "may offer if the need arises." See Fed. R. Civ. P. 26(a)(3)(c).

| TRIAL EX. NO. | DATE | DESCRIPTION | BATES BEGIN | BATES END | DEPOSITION EXHIBIT NO. DEF. EX. NO. |
|---|---|---|---|---|---|
| 11 | | Photograph of Verbanic (Mazzeo) Notebook No. 1608 (page 33) (3 of 9) | | | |
| 12 | | Photograph of Verbanic (Mazzeo) Notebook No. 1608 (page 33) (4 of 9) | | | |
| 13 | | Photograph of Verbanic (Mazzeo) Notebook No. 1608 (page 33) (5 of 9) | | | |
| 14 | | Photograph of Verbanic (Mazzeo) Notebook No. 1608 (page 33) (6 of 9) | | | |
| 15 | | Photograph of Verbanic (Mazzeo) Notebook No. 1608 (page 33) (7 of 9) | | | |
| 16 | | Photograph of Verbanic (Mazzeo) Notebook No. 1608 (page 33) (8 of 9) | | | |
| 17 | | Photograph of Verbanic (Mazzeo) Notebook No. 1608 (page 33) (9 of 9) | | | |
| 18 | | Photograph of Verbanic (Mazzeo) Notebook No. 1608 (page 36) | | | |
| 24 | | Boots Home Pregnancy Test (Historic) (and package insert) | | | |
| 25 | | ClearBlue Easy Earliest Result (and package insert) | | | |
| 27 | | ClearBlue Pregnancy Test System (and package insert) | | | |
| 28 | | CVS Early Pregnancy Test (card) (and package insert) | | | |
| 29 | | CVS Pregnancy Test (midstream) (and package insert) | | | |
| 30 | | First Response 1-Minute Pregnancy Test (and package insert) | | | |
| 31 | | First Response Early Result Pregnancy and Ovulation Test (and package insert) | | | |
| 32 | | Predictor 125 Pregnancy Test (and package insert) | | | |
| 33 | | Predictor Color Pregnancy Test (and package insert) | | | |
| 34 | | Printout from Acon Labs Website – Fertility* | | | |
| 35 | | Printout from Acon Labs Website – Infectious Diseases* | | | |
| 36 | | "Sandwich" Immunoassay Color Slide | | | |
| 41 | 10/08/86 | Memorandum re: Gold Sol Membrane Meeting | A 00029966 | A 00029967 | Mazzeo 60 |
| 42 | 07/07/88 | Clive Cookson, "Two New Babies On the Way," *Financial Times* | INV 051712 | | |
| 43 | 7/21/88 | Article: "New Pregnancy Test Cuts Out the Chemistry Lesson," *New Scientist* | INV 077233 | | |
| 44 | | Drawing | A 00002674 | | Miller 65 |

| TRIAL EX. NO. | DATE | DESCRIPTION | BATES BEGIN | BATES END | DEPOSITION EXHIBIT NO.<br><br>DEF. EX. NO. |
|---|---|---|---|---|---|
| 45 |  | 510K: Answer Quick & Simple At Home Pregnancy Test | A 00050039 | A 00050072 | Charlton 106 |
| 46 | 09/19/86 | Memorandum re: Gold Sol Membrane Meeting* | A 00050573 | A 00050576 | Charlton 111 |
| 47 | 12/02/87 | Memorandum re: Easy Assay Technical Steering Committee Meeting Minutes* | A 00050018 | A 00050027 | Charlton 112 |
| 48 | 01/21/88 | Memorandum re: Easy Assay* | A 00003366 | A 00003369 | Charlton 113 |
| 49 | 06/21/88 | Memorandum re: Easy Assay Bill of Materials – Second Edition One-Step hCG 10 Test Kit* | A 00003590 | A 00003591 | Charlton 114 |
| 50 | 06/30/88 | Memorandum re: Easy Assay Bill of Materials – Second Edition One-Step hCG 500 Test Kit* | A 00054105 | A 00054107 | Charlton 115 |
| 51 | N/A | Wampole One-Step hCG package insert | A 00038741 | A 00038744 | Charlton 116 |
| 52 | 03/02/88 | Memorandum re: Alternate Site For Easy Assay Manufacture* | A 00016588 | A 00016589 | Charlton 119 |
| 53 | 02/07/86 | Memorandum re: Phase II Threshold Tests-Thinktank | INV 064798 | INV 064799 | Welch 173 |
| 97 |  | Curriculum Vitae of Gene Davis |  |  |  |
| 98 |  | Curriculum Vitae of David F. Katz |  |  |  |
| 101 |  | Curriculum Vitae of Eric J. Toone |  |  |  |
| 102 | 12/23/92 | Declaration of Charlton, Miller and Mazzeo* | A 00003615 | A 00003618 | Mazzeo 63 |
| 103 | 12/23/92 | Declaration of Charlton, Miller and Mazzeo* | A 00004389 | A 00004393 | Mazzeo 64 |
| 104 | 06/06/95 | Declaration of Margaret Mazzeo* | A 00009375 | A 00009393 | Mazzeo 56 |
| 105 | 06/06/95 | Declaration of Margaret Mazzeo* | A 00005918 | A 00005943 | Mazzeo 57 |
| 106 | 06/06/95 | Declaration of David E. Charlton* | A 00009359 | A 0009374 | Charlton 122 |
| 107 | 01/26/96 | Affidavit of David E. Charlton* | A 00050107 | A 00050121 | Charlton 101 |
| 108 | 4/7/97 | Declaration of Charlton, Miller, Mazzeo Under 37 C.F.R. 1.131* |  |  |  |
| 109 | 6/20/00 | Declaration of Margaret Mazzeo* | A 00016639 | A 00016664 |  |
| 110 | 10/13/00 | Declaration of David E. Charlton* |  |  |  |
| 111 | 11/11/00 | Declaration of Margaret Mazzeo* |  |  |  |
| 186 |  | J.H.W. Leuvering, et al., *Sol Particle Immunoassay,* Journal of Immunoassay, 1(1), 77-91 (1980) |  |  |  |
| 187 |  | U.S. Patent No. 4,313,734 (Leuvering) |  |  |  |

| TRIAL EX. NO. | DATE | DESCRIPTION | BATES BEGIN | BATES END | DEPOSITION EXHIBIT NO. DEF. EX. NO. |
|---|---|---|---|---|---|
| 190 | | U.S. Patent No. 4,861,711 (Friesen)* | | | |
| 197 | | U.S. Patent No. 4,373,932 (Gribnau)* | | | |
| 210 | | U.S. Patent Application 872357 - "Improved Colloidal Gold Membrane Assay". | | | |
| 211 | | "Alternative Immunoassays" Collins, H.W.P., Ed. John Wiley & Sons, 1985* | | | |
| 212 | 07/01/85 – 06/27/86 | Ortho Diagnostics Notebook No. 1089, issued to Shin Yih Chen. | JJ 013046　OCD 07702 | JJ 013257　OCD 07911 | Def. Ex. 1114 |
| 213 | | Verbanic (Mazzeo) Laboratory Notebook No. 1501* | A00025203 | A00025334 | |
| 214 | | Verbanic (Mazzeo) Laboratory Notebook No. 1535* | A00025443 | A00025558 | |
| 215 | | Verbanic (Mazzeo) Laboratory Notebook No. 1556* | A00025559 | A00025716 | |
| 216 | | Gulutz Laboratory Notebook No. 1679* | A00034800 | A00034912 | |
| 218 | | Solid Phase Immunoassay for Pregnancy (hCG) Slide | A 00001549 | | |
| 219 | | Pour On Embodiment Slide | A 00001551 | | |
| 220 | | SEM of Nitrocellulose Surface – Intermediate Mag Color Slide | | | |
| 221 | | Label Pad:  SEM Micrograph of Surface – Low Mag Color Slide | | | |
| 222 | | Gold Sol Particles Color Slide | | | |
| 223 | | Latex Particles Color Slide | | | |
| 259 | | Wampole One-Step hCG (and package insert) | | | |
| 260 | | First Response Early Result Pregnancy Test (and package insert) | | | |
| 261 | 12/17/87 | Memorandum re: Easy Assay * | A00003360 | A00003361 | |
| 262 | 1/20/88 | Memorandum re: Prop. Mfg. Scheme for Early Market Intro of Easy Assay* | A00003371 | A00003372 | |
| 263 | 2/5/88 | Meeting Report – Easy Assay* | A00003377 | A00003378 | |
| 264 | 2/8/88 | Memorandum re: Responsibility for Completion – Easy Assay* | A00003383 | A00003384 | |
| 265 | 4/20/88 | Memorandum re: Easy Assay - 510K Info* | A00003513 | A00003518 | |
| 266 | 5/2/88 | Memorandum re: Easy Assay Essential Characteristics* | A00003526 | | |

| TRIAL EX. NO. | DATE | DESCRIPTION | BATES BEGIN | BATES END | DEPOSITION EXHIBIT NO. DEF. EX. NO. |
|---|---|---|---|---|---|
| 267 | 6/20/88 | Memorandum re: Easy Assay Stability Data* | A00003587 | A00003588 | |
| 268 | 6/27/88 | Memorandum re: Revised Easy Assay Test* | A00003595 | A00003599 | |
| 269 | 1/29/88 | Meeting Report – Easy Assay* | A00029858 | A00029859 | |
| 270 | 3/21/88 | Memorandum re: Recommendation To Launch "Easy Assay" Pregnancy Test* | A00030057 | A00030060 | |
| 271 | 5/26/88 | Letter to FDA attaching Premarket Notification Submission* | A00030345 | A00030360 | |
| 272 | 5/31/88 | Memorandum re: Update on Stability of Chromatostick Pregnancy Test* | A00030466 | A00030467 | |
| 273 | 12/29/87 | Memorandum re: Summary of Commercial Pregnancy Tests Compared to Chromatostick and the E-Y Test* | A00031048 | A00031051 | |
| 274 | 3/27/89 | Memorandum re: "One Step" format, attaching memorandum re: Easy Assay Claims Substantiation* | A00037367 | A00037368 | |
| 275 | 2/9/89 | Memorandum re: "No-Step" HCG* | A00037459 | A00037460 | |
| 276 | | Answer Quick and Simple Pregnancy Test (and package insert) | | | |
| 294 | | Verbanic (Mazzeo) Laboratory Notebook No. 1590* | | | |
| 295 | | Verbanic (Mazzeo) Laboratory Notebook No. 2758* | | | |
| 296 | | Hsu, *Immunogold for Detection of Antigen on Nitrocellulose Paper*, Analytical Biochemistry (1984) | | | |
| 297 | | Surek, et al., *Visualization of Antigenic Proteins Blotted Onto Nitrocellulose Using the Immuno-Gold-Staining (IGS) Method*, Biochemical and Biophysical Research Communications (1984) | | | |
| 298 | | De Mey, *Colloidal Gold Probes in Immunocytochemistry* | | | |
| 299 | 1/02/86 | Memorandum re: Home Diagnostics Development Program | A00030560 | A00030561 | |
| 300 | 3/15/88 | Memorandum re: Easy Assay- Capital Expenditure Request and Cost Exposure Estimate | A00062745 | A00062747 | |
| 301 | 3/25/88 | Memorandum re: Approved Capital Expenditure Requests | A00062748 | A00062750 | |
| 302 | 4/25/88 | Report of Field Trial No. 1 of Easy Assay Pregnancy Test | A00031125 | A00031130 | |
| 303 | 4/27/88 | Memorandum re: Easy Assay versus EPT Stick | A00031775 | | |
| 304 | 9/22/88 | Memorandum re: Minutes of Easy Assay Meeting: 9/16/88 | A00037050 | A00037051 | |

| Trial Ex. No. | Date | Description | Bates Begin | Bates End | Deposition Exhibit No.<br><br>Def. Ex. No. |
|---|---|---|---|---|---|
| 305 | 12/07/88 | Memorandum re: Answer Quick & Simple | A00037382 | | |
| 306 | 3/21/89 | Memorandum re: Monthly Report – Diagnostics R&D – March 1989 | A00056564 | A00056579 | |
| 307 | 7/19/88 | Memorandum re: Minutes of Easy Assay Meeting, 7/15/88 | A00037045 | A00037047 | |
| 308 | 4/15/88 | Memorandum re: Easy Assay Pregnancy Test 510(k) Notification | A00003074 | A00003075 | |
| 309 | 3/17/88 | Memorandum re: Preliminary Recommendation to Market – "Easy Assay" Pregnancy Test | A00030322 | A00030326 | |
| 310 | 11/16/87 | Memorandum re: Easy Assay | A00031591 | A00031592 | |
| 311 | 11/23/87 | Memorandum re: Easy Assay | A00016590 | A00016591 | |
| 312 | 9/30/86 | Memorandum re: Gold Sol Membrane Meeting – 9/19/86 | A00024228 | A00024231 | |
| 315 | 11/01/84 | Ortho Diagnostics Notebook No. 1018, issued to C.D. Chang.* | No Bates | | |
| 322 | 02/22/89 – 05/07/93 | Ortho Diagnostics Notebook No. 1705, issued to Houston Brooks.* | JJ 025010<br><br>OCD 00455 | JJ 025221<br><br>OCD 00618 | |
| 343. | 4/12/95 | Rule 132 Declaration of Dr. Albert Nazareth, from file history of U.S. Application No. 07/995,331.* | | | |
| 344. | 5/21/91 | U.S. Patent No. 5,017,009 (Schutt)* | | | |
| 345. | 12/25/90 | U.S. Patent No. 4,979,821 (Schutt)* | | | |
| 346. | 1/02/86 | Memo* | A 007410 | A 007414 | |
| 347. | 8/01/86 | Memo* | A 030596 | A 030596 | |
| 348. | 8/28/86 | Memo* | A 016575 | A016577 | |
| 349. | | U.S. Patent No. 5,514,602* | | | |
| 350. | | U.S. Patent No. 5,571,726* | | | |
| 351. | | EP 0 254 430 A2* | | | |
| 352. | | U.S. Patent No. 4,979,821* | | | |
| 353. | | U.S. Patent No. 5,017,009* | | | |
| 354. | 11/02/84 | Ortho Pharmaceuticals Notebook No. 4037, issued to Arthur Costaris and James Bogden.* | JJ 000001 | JJ 000014 | |

| TRIAL EX. NO. | DATE | DESCRIPTION | BATES BEGIN | BATES END | DEPOSITION EXHIBIT NO. DEF. EX. NO. |
|---|---|---|---|---|---|
| 355. | 12/15/82 | Ortho Pharmaceuticals Notebook No. 4036, issued to Nancy Reil.* | JJ 000015 | JJ 000126 | |
| 356. | | Notes of Arthur Costaris.* | JJ 000127 | JJ 000128 | |
| 357. | 03/27/85 | Internal form* | JJ 000129 | JJ 000132 | |
| 358. | 06/15/81 | Ortho Pharmaceuticals Notebook No. 3063, issued to Martin Hacks.* | JJ 000133 | JJ 000344 | |
| 359. | 04/16/82 | Ortho Pharmaceuticals Notebook No. 3596, issued to Arthur Costaris.* | JJ 000345 | JJ 000543 | |
| 360. | 08/23/85 – 01/15/86 | Ortho Pharmaceuticals Notebook No. 5606, issued to J. Pydeski.* | JJ 000544 | JJ 000754 | |
| 361. | 06/27/85 – 07/02/86 | Ortho Pharmaceuticals Notebook No. 5608, issued to J. Nowicki.* | JJ 000755 | JJ 000965 | |
| 362. | 03/03/86 – 03/24/89 | Ortho Pharmaceuticals Notebook No. 5688, issued to Joseph Pydeski.* | JJ 000966 | JJ 001176 | |
| 363. | 05/01/86 – 10/01/87 | Ortho Pharmaceuticals Notebook No. 5833, issued to J. Nowicki.* | JJ 001177 | JJ 001387 | |
| 364. | 06/10/86 – 02/01/89 | Ortho Pharmaceuticals Notebook No. 5890, issued to Joseph Pydeski.* | JJ 001388 | JJ 001598 | |
| 365. | 06/27/86 – 04/29/87 | Ortho Pharmaceuticals Notebook No. 5891, issued to Jane Nowicki.* | JJ 001599 | JJ 001809 | |
| 366. | 10/02/87 – 08/22/88 | Ortho Pharmaceuticals Notebook No. 6227, issued to Jane Nowicki.* | JJ 001810 | JJ 002020 | |
| 367. | 07/15/88 – 04/25/90 | Ortho Pharmaceuticals Notebook No. 6779, issued to Jane Nowicki.* | JJ 002021 | JJ 002294 | |
| 368. | 07/24/89 – 06/28/91 | Ortho Pharmaceuticals Notebook No. 7414, issued to Jane Nowicki.* | JJ 002295 | JJ 002558 | |
| 369. | 09/28/88 – 05/00/91 | Ortho Pharmaceuticals Notebook No. 7140, issued to Manuel Santiago.* | JJ 002559 | JJ 002768 | |
| 370. | 1994 and 1988-1989 | Correspondence regarding patents & gold sol coating; prosecution history of Schutt patent, "Method of Producing a Reagent Containing a Narrow Distribution of Colloidal Particles of a Selected Size & Use Thereof"; includes notebook pages and monthly progress reports* | JJ 002769 | JJ 003529 | |
| 371. | 1987 | File history of EP light scattering assay patent; experimental results.* | JJ 003530 | JJ 004092 | |

| TRIAL EX. NO. | DATE | DESCRIPTION | BATES BEGIN | BATES END | DEPOSITION EXHIBIT NO. DEF. EX. NO. |
|---|---|---|---|---|---|
| 372. | 05/27/77 | Ortho Notebook No. 126, issued to Lloyd Hollenbeck, F. Falkowski, Renee Karu.* | JJ 004093 OCD 02814 | JJ 004414 OCD 03063 | Def. Ex. 1380 |
| 373. | 05/17/78 – 12/15/81 | Ortho Diagnostics Notebook No. 224, issued to Rosemary Chachowski, Davies.* | JJ 004415 | JJ 004739 | |
| 374. | 11/08/78 – 03/15/90 | Ortho Diagnostics Notebook No. 259, issued to Joanne Williams.* | JJ 004740 | JJ 005061 | |
| 375. | 01/09/81 – 04/29/81 | Ortho Diagnostics Notebook No. 295, issued to Hank Graham, Stephen Autenruth.* | JJ 005062 | JJ 005381 | |
| 376. | 11/12/79 – 11/26/80 | Ortho Diagnostics Notebook No. 332, issued to Lloyd Hollenbeck.* | JJ 005382 | JJ 005593 | |
| 377. | | Ortho Diagnostics Notebook No. 351.* | JJ 005882 | JJ 006100 | |
| 378. | 05/12/80 – 03/05/81 | Ortho Diagnostics Notebook No. 359, issued to Rosemary Chachowski.* | JJ 006101 | JJ 006329 | |
| 379. | 10/20/80 – 09/19/83 | Ortho Diagnostics Notebook No. 381, issued to Jennifer Nasser.* | JJ 006330 OCD 01309 | JJ 006593 OCD 01565 | Def. Ex. 1382 |
| 380. | 07/07/80 – 02/03/83 | Ortho Diagnostics Notebook No. 373, issued to Jennifer Nasser, Julie Suk, John Padowski.* | JJ 006594 OCD 01571 | JJ 006875 OCD 01847 | Def. Ex. 1381 |
| 381. | 08/18/83 – 03/13/84 | Ortho Diagnostics Notebook No. 650, issued to Jennifer Nasser.* | JJ 006876 OCD 00219 | JJ 007107 OCD 00454 | Def. Ex. 1390 |
| 382. | 09/06/83 – 11/09/84 | Ortho Diagnostics Notebook No. 684, issued to C.D. Chang.* | JJ 007108 OCD 01095 | JJ 007323 OCD 01308 | Def. Ex. 1391 |
| 383. | 01/10/81 – 04/22/83 | Ortho Diagnostics Notebook No. 395, issued to Joseph Pydeski.* | JJ 007324 | JJ 007535 | |
| 384. | 12/22/83 – 03/20/85 | Ortho Diagnostics Notebook No. 900, issued to Rosemary Chachowski.* | JJ 007536 | JJ 007758 | |
| 385. | 03/13/81 – 10/14/81 | Ortho Diagnostics Notebook No. 405, issued to Jemo Kang.* | JJ 007759 | JJ 007974 | |
| 386. | 03/09/81 – 04/20/82 | Ortho Diagnostics Notebook No. 406, issued to Rosemary Chachowski.* | JJ 007975 | JJ 008185 | |

| TRIAL EX. NO. | DATE | DESCRIPTION | BATES BEGIN | BATES END | DEPOSITION EXHIBIT NO. DEF. EX. NO. |
|---|---|---|---|---|---|
| 387. | 04/21/82 – 02/22/82 | Ortho Diagnostics Notebook No. 415, issued to Johanna Hawk.* | JJ 008186 | JJ 008401 | |
| 388. | 05/19/81 – 10/14/82 | Ortho Diagnostics Notebook No. 425, issued to Chi-Deu Chang.* | JJ 008402 | JJ 008617 | |
| 389. | 09/15/81 – 10/31/85  07/27/88 – 11/10/88 | Ortho Diagnostics Notebook No. 455, issued to Jemo Kang, reassigned to Karin Ottberg.* | JJ 008618  OCD 03151 | JJ 008830  OCD 03157 | Def. Ex. 1383 |
| 390. | 10/12/81 – 02/10/82 | Ortho Diagnostics Notebook No. 462, issued to Jemo Kang.* | JJ 008831  OCD 03340 | JJ 009047  OCD 03558 | Def. Ex. 1384 |
| 391. | 02/11/82 – 11/28/84 | Ortho Diagnostics Notebook No. 496, issued to Lloyd Hollenbeck.* | JJ 009048  OCD 02450 | JJ 009268  OCD 02559 | Def. Ex. 1385 |
| 392. | 02/12/82 – 06/23/82 | Ortho Diagnostics Notebook No. 498, issued to Jemo Kang.* | JJ 009269  OCD 03559 | JJ 009481  OCD 03772 | Def. Ex. 1386 |
| 393. | 04/00/82 – 11/00/82 | Ortho Diagnostics Notebook No. 513, issued to Rosemary Chachowski.* | JJ 009482 | JJ 009693 | |
| 394. | 11/00/82 – 01/00/84 | Ortho Diagnostics Notebook No. 588, issued to Rosemary Chachowski.* | JJ 009694 | JJ 009905 | |
| 395. | 02/09/83 – 01/05/85  02/28/85 – 04/15/85 | Ortho Diagnostics Notebook No. 611, issued to Frank Falkowski, Kate McColl.* | JJ 009906 | JJ 010119 | |
| 396. | 06/30/82 – 03/15/83 | Ortho Diagnostics Notebook No. 532, issued to Jemo Kang.* | JJ 010120  OCD 06595 | JJ 010359  OCD 06861 | Def. Ex. 1388 |
| 397. | 03/22/83 – 01/16/84 | Ortho Diagnostics Notebook No. 631, issued to Jemo Kang.* | JJ 010360  OCD 07912 | JJ 010585  OCD 08139 | Def. Ex. 1389 |
| 398. | 01/17/84 – 12/26/86 | Ortho Diagnostics Notebook No. 906, issued to Jemo Kang.* | JJ 010586  OCD 07076 | JJ 010796  OCD 07287 | Def. Ex. 1392 |

LIBA/1583451.3

| TRIAL EX. NO. | DATE | DESCRIPTION | BATES BEGIN | BATES END | DEPOSITION EXHIBIT NO. / DEF. EX. NO. |
|---|---|---|---|---|---|
| 399. | 03/14/84 – 06/15/84 | Ortho Diagnostics Notebook No. 930, issued to Jennifer Nasser.* | JJ 010797  OCD 03983 | JJ 011013  OCD 04192 | Def. Ex. 1393 |
| 400. | 07/23/84 – 06/27/85 | Ortho Diagnostics Notebook No. 979, issued to Shin Yih Chen.* | JJ 011014  OCD 06862  OCD 09491 | JJ 011224  OCD 07069  OCD 09686 | Def. Ex. 1394 |
| 401. | 09/25/84 – 12/04/84 | Ortho Diagnostics Notebook No. 1006, issued to Jennifer Nasser.* | JJ 011225  OCD 04199 | JJ 011471  OCD 04434 | Def. Ex. 1395 |
| 402. | 11/28/84 – 07/16/85 | Ortho Diagnostics Notebook No. 1022, issued to Sharon Huber.* | JJ 011472  OCD 00001 | JJ 011704  OCD 00218 | Def. Ex. 1411 |
| 403. | 01/03/85 – 03/19/85 | Ortho Diagnostics Notebook No. 1033, issued to Jennifer Nasser.* | JJ 011705  OCD 04442 | JJ 011948  OCD 04676 | Def. Ex. 1396 |
| 404. | 01/08/85 – 02/12/86 | Ortho Diagnostics Notebook No. 1034, issued to Lloyd Hollenbeck.* | JJ 011949  OCD 02239 | JJ 012160  OCD 02443 | Def. Ex. 1397 |
| 405. | 03/20/85 – 06/20/85 | Ortho Diagnostics Notebook No. 1054, issued to Jennifer Nasser.* | JJ 012161  OCD 04682 | JJ 012391  OCD 04904 | Def. Ex. 1398 |
| 406. | 03/18/85 – 06/13/90 | Ortho Diagnostics Notebook No. 1055, issued to Rosemary Chachowski.* | JJ 012392 | JJ 012609 | |
| 407. | 05/13/85 | Ortho Diagnostics Notebook No. 1074, issued to Al Venturini.* | JJ 012610  OCD 04905 | JJ 012823  OCD 05092 | Def. Ex. 1399 |
| 408. | 06/21/85 | Ortho Diagnostics Notebook No. 1079, issued to Jennifer Nasser.* | JJ 012824  OCD 05117 | JJ 013045  OCD 05334 | Def. Ex. 1400 |
| 409. | 07/29/85 – 07/01/87 and 05/16/88 – 10/19/89 | Ortho Diagnostics Notebook No. 1094, issued to Sharon Huber (Lawler as of 10/4/86).* | JJ 013258  OCD 00881 | JJ 013495  OCD 01094 | |

LIBA/1583451.3

| TRIAL EX. NO. | DATE | DESCRIPTION | BATES BEGIN | BATES END | DEPOSITION EXHIBIT NO. DEF. EX. NO. |
|---|---|---|---|---|---|
| 410. | 12/09/85 – 06/29/86 | Ortho Diagnostics Notebook No. 1137, issued to John Colanduoni.* | JJ 013496 OCD 10501 | JJ 013709 OCD 10716 | Def. Ex. 1403 |
| 411. | 03/06/86 – 11/07/86 | Ortho Diagnostics Notebook No. 1156, issued to Jennifer Nasser.* | JJ 013710 OCD 05337 | JJ 013920 OCD 05548 | Def. Ex. 1405 |
| 412. | 04/16/86 – 09/17/86 | Ortho Diagnostics Notebook No. 1172, issued to Bryant Moore.* | JJ 013921 | JJ 014131 | |
| 413. | 02/26/86 – 08/11/87 | Ortho Diagnostics Notebook No. 1164, issued to Lloyd Hollenbeck.* | JJ 014132 OCD 02063 | JJ 014338 OCD 02238 | Def. Ex. 1404 |
| 414. | 03/18/86 – 10/01/86 | Ortho Diagnostics Notebook No. 1181, issued to Rosemary Chachowski.* | JJ 014339 | JJ 014551 | |
| 415. | 05/06/86 – 04/10/86 | Ortho Diagnostics Notebook No. 1198, issued to Eleanor Puzio.* | JJ 014552 OCD 08140 | JJ 014765 OCD 08347 | Def. Ex. 1406 |
| 416. | 05/27/86 – 02/20/89 | Ortho Diagnostics Notebook No. 1213, issued to Houston Brooks.* | JJ 014766 OCD 00668 | JJ 014978 OCD 00880 | Def. Ex. 1408 |
| 417. | 07/02/86 – 10/16/87 | Ortho Diagnostics Notebook No. 1232, issued to Shin Yih Chen.* | JJ 014979 OCD 07288 | JJ 015190 OCD 07499 | Def. Ex. 1115 |
| 418. | 05/13/86 – 01/26/87 | Ortho Diagnostics Notebook No. 1203, issued to Kris Gluck.* | JJ 015191 OCD 08778 | JJ 015418 OCD 08987 | Def. Ex. 1407 |
| 419. | 09/15/87 – 04/15/88 | Ortho Diagnostics Notebook No. 1435, issued to John Colanduoni.* | JJ 015419 | JJ 015631 | |
| 420. | 09/00/87 – 04/00/91 | Ortho Diagnostics Notebook No. 1440, issued to Al Venturini.* | JJ 015632 OCD 06384 | JJ 015845 OCD 06594 | Def. Ex. 1417 |
| 421. | 09/30/87 – 09/15/88 | Ortho Diagnostics Notebook No. 1445, issued to Eleanor Puzio.* | JJ 015846 OCD 08566 | JJ 016056 OCD 08770 | Def. Ex. 1419 |
| 422. | 10/06/87 – 05/06/88 | Ortho Diagnostics Notebook No. 1446, issued to Rosemary Chachowski.* | JJ 016057 | JJ 016269 | |

LIBA/1583451.3

| TRIAL EX. NO. | DATE | DESCRIPTION | BATES BEGIN | BATES END | DEPOSITION EXHIBIT NO. DEF. EX. NO. |
|---|---|---|---|---|---|
| 423. | 10/05/87 – 04/08/88 | Ortho Diagnostics Notebook No. 1448, issued to Kristine Gluck.* | JJ 016270  OCD 09287 | JJ 016482  OCD 09490 | Def. Ex. 1420 |
| 424. | 10/26/87 – 02/22/91 | Ortho Diagnostics Notebook No. 1451, issued to Rosemary Chachowski.* | JJ 016483 | JJ 016696 | |
| 425. | 11/05/87 – 06/02/88 | Ortho Diagnostics Notebook No. 1454, issued to Anh Van Le.* | JJ 016697 | JJ 016908 | |
| 426. | 03/21/88 – 08/30/88 | Ortho Diagnostics Notebook No. 1498.* | JJ 016909 | JJ 017134 | |
| 427. | 08/26/86 – 10/12/87 | Ortho Diagnostics Notebook No. 1252, issued to John Colanduoni.* | JJ 017135 | JJ 017346 | |
| 428. | 01/10/87 – 10/26/87 | Ortho Diagnostics Notebook No. 1353, issued to Anh Van Le.* | JJ 017347 | JJ 017568 | |
| 429. | 10/21/87 – 02/04/88  11/07/88 – 01/31/89 | Ortho Diagnostics Notebook No. 1358, issued to Shin Yih Chen, reassigned to Anne Hoffman.* | JJ 017569  OCD 07500  OCD 10095 | JJ 017780  OCD 07697  OCD 10295 | Def. Ex. 1421 |
| 430. | 06/16/87 – 10/12/87 | Ortho Diagnostics Notebook No. 1403, issued to Kristine Gluck.* | JJ 017781  OCD 09189 | JJ 017993  OCD 09286 | Def. Ex. 1415 |
| 431. | 08/19/87 – 12/23/87 | Ortho Diagnostics Notebook No. 1422, issued to Jennifer Nasser.* | JJ 017994  OCD 06179 | JJ 018205  OCD 06377 | Def. Ex. 1416 |
| 432. | 09/01/87 – 06/16/90 | Ortho Diagnostics Notebook No. 1432, issued to Lloyd Hollenbeck.* | JJ 018206  OCD 02609 | JJ 018417  OCD 02806 | Def. Ex. 1418 |
| 433. | 10/31/86 – 08/18/87 | Ortho Diagnostics Notebook No. 1280, issued to Jennifer Nasser.* | JJ 018418  OCD 05549 | JJ 018632  OCD 05749 | Def. Ex. 1410 |
| 434. | 11/17/86 – 04/07/87 | Ortho Diagnostics Notebook No. 1283, issued to Anh Van Le.* | JJ 018633 | JJ 018848 | |
| 435. | 01/27/87 – 06/15/87 | Ortho Diagnostics Notebook No. 1309, issued to Kristine Gluck.* | JJ 018849  OCD 08988 | JJ 019064  OCD 09188 | Def. Ex. 1412 |

| Trial Ex. No. | Date | Description | Bates Begin | Bates End | Deposition Exhibit No.<br><br>Def. Ex. No. |
|---|---|---|---|---|---|
| 436. | 10/00/86 – 07/21/87 | Ortho Diagnostics Notebook No. 1276, issued to Utpal Chakraborty.* | JJ 019065<br><br>OCD 08153 | JJ 019281<br><br>OCD 02062 | Def. Ex. 1409 |
| 437. | 04/15/87 – 08/28/87 | Ortho Diagnostics Notebook No. 1338, issued to Eleanor Puzio.* | JJ 019282<br><br>OCD 08353 | JJ 019495<br><br>OCD 08463 | Def. Ex. 1414 |
| 438. |  | Product Testing document, Product specifications* | JJ 019496 | JJ 020185 |  |
| 439. |  | Purchase requests, reports* | JJ 020186 | JJ 020198 |  |
| 440. |  | Product data, notes, charts* | JJ 020199 | JJ 020219 |  |
| 441. | 1987-1988 | Progress reports* | JJ 020220 | JJ 020247 |  |
| 442. |  | Product data, notes, charts* | JJ 020248 | JJ 020267 |  |
| 443. | 1987-1988 | Progress reports, monthly summaries* | JJ 020268 | JJ 020378 |  |
| 444. | 1987-1988 | STIR reports, Monthly reports* | JJ 020379 | JJ 020461 |  |
| 445. |  | Agenda* | JJ 020462 | JJ 020470 |  |
| 446. | 1987-1988 | ODSI Product Development Reports* | JJ 020471 | JJ 020498 |  |
| 447. | 1987-1988 | Monthly reports, STIR reports* | JJ 020499 | JJ 020618 |  |
| 448. |  | Notes/Data re: TSH* | JJ 020619 | JJ 020696 |  |
| 449. |  | Directions for Use* | JJ 020697 | JJ 020715 |  |
| 450. |  | Assay Format Data, Test results* | JJ 020716 | JJ 020800 |  |
| 451. |  | Process specifications—Conjugates* | JJ 020801 | JJ 020862 |  |
| 452. |  | Test results/Conjugate Studies* | JJ 020863 | JJ 022141 |  |
| 453. |  | Article: Enzyme Purification and Relate Techniques* | JJ 021242 | JJ 021266 |  |
| 454. |  | Article: Transfusion-Associated Non-A, Non-B Hepatitis: The First Decade* | JJ 021267 | JJ 021272 |  |
| 455. |  | Article: Identification and Characterization of a maurine Receptor For Galactose-Terminated Glycoproteins* | JJ 021273 | JJ021278 |  |
| 456. |  | Article: Removal of Sodium Dodecyl Sulfate from Proteins and Peptides by Gel Filtration* | JJ 02179 | JJ 021283 |  |
| 457. |  | Article: Removing Unbound Detergent from Hydrophobic Proteins* | JJ 021284 | JJ 021292 |  |

| TRIAL EX. NO. | DATE | DESCRIPTION | BATES BEGIN | BATES END | DEPOSITION EXHIBIT NO. DEF. EX. NO. |
|---|---|---|---|---|---|
| 458. | | Article: A rapid Method for Removal of Detergents from Protein Solution* | JJ 021293 | JJ 021296 | |
| 459. | | Article: Gel Protein Stains: A Rapid Procedure* | JJ 021297 | JJ 021298 | |
| 460. | | Article: Nucleic Acid Probes* | JJ 021299 | JJ 021309 | |
| 461. | | Article: Technically Speaking . . . with Pierce* | JJ 021310 | JJ 021312 | |
| 462. | | Notes* | JJ 021313 | JJ 021314 | |
| 463. | | Article: Protein Thiolation and Reversible Protein-Protein Conjugation* | JJ 021315 | JJ021329 | |
| 464. | | Article: Immunospecific Targeting of Lipsomes to Cells* | JJ 021330 | JJ021339 | |
| 465. | | Article: Use of Virus-Attached Antibodies or Insulin Molecules to Mediate Fusion between Sendai Virus Envelopes and Neuraminidase-Treated Cells* | JJ 021340 | JJ 021381 | |
| 466. | | Data/Product test results* | JJ 021382 | JJ 021979 | |
| 467. | 9/88-12/89 | Progress reports; test results; Chiron and HCV data; reagent and conjugates development outline* | JJ 021980 | JJ 022390 | |
| 468. | 09/24/86 – 03/24/87 | Ortho Diagnostics Notebook No. 1267, issued to Rosemary Chachowski* | JJ 022391 | JJ 022623 | |
| 469. | 03/26/87 – 10/08/87 | Ortho Diagnostics Notebook No. 1326, issued to Rosemary Chachowski.* | JJ 022624 | JJ 022880 | |
| 470. | 10/28/87 – 07/05/88 | Ortho Diagnostics Notebook No. 1502, issued to Ann Van Le.* | JJ 022881 | JJ 023093 | |
| 471. | 04/10/88 – 03/29/89 | Ortho Diagnostics Notebook No. 1514, issued to Kristine Gluck* | JJ 023094 OCD 09687 | JJ 023308 OCD 09896 | Def. Ex. 1422 |
| 472. | 05/09/88 – 01/11/90 | Ortho Diagnostics Notebook No. 1522, issued to Rosemary Chachowski.* | JJ 023309 | JJ 023522 | |
| 473. | 09/16/88 – 09/30/88 07/16/90 – 07/25/91 | Ortho Diagnostics Notebook No. 1593, issued to Eleanor Puzio.* | JJ 023523 | JJ 023735 | |
| 474. | 01/30/89 – 08/15/91 | Ortho Diagnostics Notebook No. 1613, issued to Chakraborty.* | JJ 023736 | JJ 023948 | |

| Trial Ex. No. | Date | Description | Bates Begin | Bates End | Deposition Exhibit No. Def. Ex. No. |
|---|---|---|---|---|---|
| 475. | 08/17/88 – 11/20/89 | Ortho Diagnostics Notebook No. 1652, issued to Anh Van Le.* | JJ 023949 | JJ 024161 | |
| 476. | 08/30/88 – 10/30/89 | Ortho Diagnostics Notebook No. 1669, issued to Anh Van Le.* | JJ 024162 | JJ 024377 | |
| 477. | 07/18/89 – 02/07/91 03/05/91 – 08/06/91 | Ortho Diagnostics Notebook No. 1681, issued to Kristine Gluck, Ralph Bottoms.* | JJ 024378 | JJ 024590 | |
| 478. | 03/29/89 – 04/12/90 | Ortho Diagnostics Notebook No. 1702, issued to Kristine Gluck.* | JJ 024591 | JJ 024803 | |
| 479. | 01/08/89 – 09/08/89 | Ortho Diagnostics Notebook No. 1703, issued to Eleanor Puzio.* | JJ 024804 | JJ 025009 | |
| 480. | 03/19/90 – 08/29/91 | Ortho Diagnostics Notebook No. 1770, issued to Johanna Hawk.* | JJ 025222 | JJ 025435 | |
| 481. | 09/26/90 – 01/27/93 | Ortho Diagnostics Notebook No. 1846, issued to Jimmi Chiang.* | JJ 025436 | JJ 025547 | |
| 482. | 10/17/90 – 05/22/92 | Ortho Diagnostics Notebook No. 1855, issued to Lloyd Hollenbeck.* | JJ 025548 | JJ 025759 | |
| 483. | 02/27/91 – 10/09/91 | Ortho Diagnostics Notebook No. 1911, issued to Rosemary Chachowski.* | JJ 025760 | JJ 025973 | |
| 484. | 10/03/91 – 04/22/92 | Ortho Diagnostics Notebook No. 1982, issued to Juan Alvarado, Rosemary Chachowski.* | JJ 025974 | JJ 026185 | |
| 485. | 08/13/91 – 01/27/93 | Ortho Diagnostics Notebook No. 1992, issued to Eleanor Puzio.* | JJ 026186 | JJ 026398 | |
| 486. | 08/21/91 – 11/13/91 | Ortho Diagnostics Notebook No. 2004, issued to Johanna Hawk.* | JJ 026399 | JJ 026611 | |
| 487. | 04/27/92 – 11/30/93 | Ortho Diagnostics Notebook No. 2109, issued to Rosemary Chachowski.* | JJ 026612 | JJ 026699 | |
| 488. | 06/15/92 – 10/04/93 | Ortho Diagnostics Notebook No. 2140, issued to Lloyd Hollenbeck.* | JJ 026700 | JJ 026915 | |
| 489. | 06/05/92 – 09/01/93 | Ortho Diagnostics Notebook No. 2148, issued to Anh Van Le.* | JJ 026916 | JJ 027127 | |

| TRIAL EX. NO. | DATE | DESCRIPTION | BATES BEGIN | BATES END | DEPOSITION EXHIBIT NO. DEF. EX. NO. |
|---|---|---|---|---|---|
| 490. | 09/03/92 – 08/09/94 | Ortho Diagnostics Notebook No. 2187, issued to Bryant Moore, reassigned to Carolyn d'Arthur.* | JJ 027128 | JJ 027339 | |
| 491. | 04/08/82 – 05/13/90 | Ortho Diagnostics Notebook No. 511, issued to Ernest G. Schutt.* | OCD 03773 | OCD 03866 | Def. Ex. 1387 |
| 492. | 10/18/82 – 10/12/83 | Ortho Diagnostics Notebook No. 559, issued to C.D. Chang. * | No Bates | | |
| 493. | 07/09/84 – 03/20/85 | Ortho Notebook No. 4616, issued to Mary Lou Zell, reassigned to David Charlton on 3/20/85* | OCD 10493 | OCD 10497 | Def. Ex. 2062 |
| 494. | | Reserved for Demonstrative Exhibit | | | |
| 495. | | Reserved for Demonstrative Exhibit | | | |
| 496. | | Reserved for Demonstrative Exhibit | | | |
| 497. | | Reserved for Demonstrative Exhibit | | | |
| 498. | | Reserved for Demonstrative Exhibit | | | |
| 499. | | Reserved for Demonstrative Exhibit | | | |
| 500. | | Reserved for Demonstrative Exhibit | | | |
| 501. | | Reserved for Demonstrative Exhibit | | | |
| 502. | | Reserved for Demonstrative Exhibit | | | |
| 503. | | Reserved for Demonstrative Exhibit | | | |
| 504. | | Reserved for Demonstrative Exhibit | | | |
| 505. | | Reserved for Demonstrative Exhibit | | | |
| 506. | | Reserved for Demonstrative Exhibit | | | |
| 507. | | Reserved for Demonstrative Exhibit | | | |
| 508. | | Reserved for Demonstrative Exhibit | | | |
| 509. | | Reserved for Demonstrative Exhibit | | | |
| 510. | | Reserved for Demonstrative Exhibit | | | |
| 511. | | Reserved for Demonstrative Exhibit | | | |

| TRIAL EX. NO. | DATE | DESCRIPTION | BATES BEGIN | BATES END | DEPOSITION EXHIBIT NO. DEF. EX. NO. |
|---|---|---|---|---|---|
| 512. | | Reserved for Demonstrative Exhibit | | | |
| 513. | | Reserved for Demonstrative Exhibit | | | |
| 514. | | Reserved for Demonstrative Exhibit | | | |
| 515. | | Reserved for Demonstrative Exhibit | | | |

Respectfully submitted,

INVERNESS MEDICAL SWITZERLAND GmbH
and UNIPATH DIAGNOSTICS, INC.,

By their attorneys,

/s/ J. Anthony Downs
J. Anthony Downs (BBO #552839)
Lana Shiferman (BBO #645024)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109-2881
(617) 570-1000

Annemarie Hassett (BBO# 546890)
Anastasia M. Fernands (BBO# 633131)
GOODWIN PROCTER LLP
599 Lexington Avenue
New York, NY 10022
(212) 813-8800

CHURCH & DWIGHT CO., INC.

By its attorneys,

/s/ Timothy C. Blank
Timothy C. Blank
DECHERT LLP
200 Clarendon Street, 27th Fl.
Boston, MA 02116-5021
(617) 728-7100

LIBA/1583451.3

*OF COUNSEL*:

James H. Shalek
Baldassare Vinti
PROSKAUER ROSE LLP
1585 Broadway
New York, NY 10036-8299
(212) 969-3000

Dated:  September 22, 2005